IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES LYONS,

        Appellant,

  v.

                              Case No. 5D21-2523
                              LT Case No. 2020-DR-000632

LAURA M. STEINER,

        Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Flagler County,
Christopher A. France, Judge.

James Lyons, Palm Coast, pro se.

Julia H. McLaughlin, of Owenby Law, P.A.,
St. Augustine, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.